| | | | |
|---|---|---|---|
| Debtor 1 | **Derek Lee Thompson** | Social Security number or ITIN | **xxx–xx–0262** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Miranda Gail Thompson** | Social Security number or ITIN | **xxx–xx–5305** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court  **Middle District of Alabama** | | | |
| Case number:  **19–12129** | | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Derek Lee Thompson
aka Derek Thompson, aka Derek L Thompson

Miranda Gail Thompson
aka Miranda Nesbitt Thompson, aka Miranda Newbitt, aka
Miranda Thompson, aka Miranda G Thompson

Dated September 30, 2024

*Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Case 19-12129   Doc 84   Filed 10/02/24   Entered 10/02/24 23:47:36   Desc Imaged
Certificate of Notice   Page 1 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 19-12129    Doc 84    Filed 10/02/24    Entered 10/02/24 23:47:36    Desc Imaged
Certificate of Notice    Page 2 of 6

In re:

Derek Lee Thompson

Miranda Gail Thompson

     Debtors

Case No. 19-12129-BPC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1127-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2024 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek Lee Thompson, Miranda Gail Thompson, 150 Mallard Pointe Circle, Pelham, AL 35124-6142 |
| aty | + | Brian K. Jordan, ALDRIDGE PITE, LLP, Fifteen Peidmont Center, 3575 Piedmont Road, N.E.,, Suite 500 Atlanta, GA 30305-1636 |
| aty | + | Bryce Noel, Aldridge Pite, LLP, 3575 Peidmont Road N.E. Suite 500, Atlanta, GA 30305-1636 |
| aty | + | Griff O'Rear, O'Rear & O'Rear, P.O. Box 191, Jasper, AL 35502-0191 |
| cr | + | Park Ridge Homeowners Association, P.O. Box 311132, Enterprise, AL 36331-1132 |
| 4351927 | + | Navy FCU MTGE, PO BOX 3326, Merrifield, VA 22119-3326 |
| 4351928 | | Navy Federal Credit union, 1 Security Place, PO BOX 152643, Merrifield, VA 22116 |
| 4351937 | + | SYNVB/PAYPAL Credti Card, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: johnt@mrbattorneys.com | Sep 30 2024 20:38:00 | John Bender, McFadden Rouse & Bender, LLC, 718 Downtowner Blvd, Mobile, AL 36609-5437 |
| aty | + | Email/Text: bankruptcy@brockandstoutlaw.com | Sep 30 2024 20:38:00 | Michael Brock, Brock & Stout, LLC, P.O. Drawer 311167, Enterprise, AL 36331-1167 |
| aty | + | Email/Text: pspina@spinalavelle.com | Sep 30 2024 20:38:00 | Paul J Spina, III, Spina & Lavelle PC, One Perimeter Park South,, Suite 400n, Birmingham, AL 35243-2327 |
| aty | + | Email/Text: bankruptcy@pm-firm.com | Sep 30 2024 20:38:00 | R. Cliff Mendheim, Prim & Mendheim, LLC, 207 West Adams Street, P.O. Box 2147, Dothan, AL 36302-2147 |
| aty | + | Email/Text: bncnoticing@evanspetree.com | Sep 30 2024 20:38:00 | Robert J. Fehse, Jr., Evans Petree, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| tr | + | Email/Text: trustees_office@ch13mdal.com | Sep 30 2024 20:38:00 | Sabrina L. McKinney, P.O. Box 173, Montgomery, AL 36101-0173 |
| cr | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 30 2024 20:38:00 | VW Credit Inc., dba VW Credit Leasing, Ltd, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 4351911 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2024 20:36:10 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 4351912 | + | Email/PDF: bncnotices@becket-lee.com | Sep 30 2024 20:47:35 | American Express, PO Box 3001, Malvern, PA 19355-0701 |
| 4378735 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2024 20:36:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4351913 | | EDI: CAPITALONE.COM | Oct 01 2024 00:29:00 | Capital One Bank USA, PO BOX 85015, |

| | | | | |
|---|---|---|---|---|
| | | | | Richmond, VA 23285 |
| 4351914 | | EDI: CAPITALONE.COM | Oct 01 2024 00:29:00 | Capital One Bank USA NA, PO BOX 85015, Richmond, VA 23285 |
| 4351915 | | EDI: CAPITALONE.COM | Oct 01 2024 00:29:00 | Capital One Bank, NA, PO Box 85015, Richmond, VA 23285 |
| 4359410 | | EDI: CAPITALONE.COM | Oct 01 2024 00:29:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4351916 | | EDI: CAPITALONE.COM | Oct 01 2024 00:29:00 | Capital One Walmart, 1500 Capital One Drive, Henrico, VA 23238 |
| 4374081 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2024 20:47:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4351917 | + | EDI: CAPITALONE.COM | Oct 01 2024 00:29:00 | Capital One/Walmart, 15000 Capital One Drive, Henrico, VA 23238-1119 |
| 4351918 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 30 2024 20:38:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 4351919 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 30 2024 20:38:00 | Dept of ED/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 4351920 | ^ | MEBN | Sep 30 2024 20:27:58 | Flowers Hospital, PO Box 6907, Dothan, AL 36302-6907 |
| 4351921 | + | EDI: PHINGENESIS | Oct 01 2024 00:29:00 | Indigo-Celtic Bank, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 4906000 | | EDI: JEFFERSONCAP.COM | Oct 01 2024 00:29:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 4351922 | | EDI: JPMORGANCHASE | Oct 01 2024 00:29:00 | JPMCB - Card Services, 301 N Walnut Street Floor 09, Wilmington, DE 19801-3935 |
| 4372633 | + | Email/Text: RASEBN@raslg.com | Sep 30 2024 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4351923 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2024 20:38:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 4351924 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2024 20:47:24 | LVNV Funding LLC, RE: Dish Network, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4354814 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2024 20:36:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4351925 | + | Email/Text: MDSBankruptcies@meddatsys.com | Sep 30 2024 20:38:00 | Medical Data Systems, d/b/a Medical Revenue Service, 1374 S Babcock Street, Melbourne, FL 32901-3009 |
| 4384545 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2024 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 4365417 | | EDI: NFCU.COM | Oct 01 2024 00:29:00 | NAVY FEDERAL CREDIT UNION, P.O. Box 3302, Merrifield, Virginia 22119-3302 |
| 4353459 | + | EDI: NFCU.COM | Oct 01 2024 00:29:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD VA 22119-3000 |
| 4351926 | + | EDI: NFCU.COM | Oct 01 2024 00:29:00 | Navy FCU, 820 Folliin Lane, Conxumer Loans PO BOX 152643, Vienna, VA 22180-4907 |
| 4351930 | | EDI: NFCU.COM | Oct 01 2024 00:29:00 | Navy Federal Credit union, 1 Security Place, Merrifield, VA 22116 |
| 4351929 | + | EDI: NFCU.COM | Oct 01 2024 00:29:00 | Navy Federal Credit union, 1 Security Place, PO BOX 152643, Merrifield, VA 22119-0001 |
| 4389407 | + | Email/Text: bankruptcy@pm-firm.com | | |

| Recip ID | | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 30 2024 20:38:00 | Park Ridge Homeowners Association, Inc., c/o Prim & Mendheim, LLC, PO Box 2147, Dothan, Alabama 36302-2147 |
| 4351931 | + EDI: SYNC | Oct 01 2024 00:29:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 4351934 | + EDI: SYNC | Oct 01 2024 00:29:00 | SYNCB/PAYPAL Credit Card, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 4351932 | + EDI: SYNC | Oct 01 2024 00:29:00 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 4351933 | + EDI: SYNC | Oct 01 2024 00:29:00 | Syncb/Old Navy, P. O. Box 965005, Orlando, FL 32896-5005 |
| 4351935 | + EDI: SYNC | Oct 01 2024 00:29:00 | Syncb/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 4351936 | + EDI: SYNC | Oct 01 2024 00:29:00 | Syncb/Walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 4388115 | + EDI: AIS.COM | Oct 01 2024 00:29:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4351938 | EDI: WTRRNBANK.COM | Oct 01 2024 00:29:00 | TD Bank USA Target Credit, 7000 Target Parkway N., Minneapolis, MN 55445-4301 |
| 4362282 | + EDI: LCIFULLSRV | Oct 01 2024 00:29:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4351939 | EDI: USAA.COM | Oct 01 2024 00:29:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 4351940 | + EDI: USAA.COM | Oct 01 2024 00:29:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 4351941 | Email/Text: vci.bkcy@vwcredit.com | Sep 30 2024 20:38:00 | VW Credit, 2333 Waukegan Rd, Deerfield, IL 60015 |
| 4368338 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 30 2024 20:38:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 4593145 | *+ | NAVY FEDERAL CREDIT UNION, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 4593126 | *+ | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 1127-1

Date Rcvd: Sep 30, 2024

User: admin

Form ID: 3180W

Page 4 of 4

Total Noticed: 56

Date: Oct 02, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| Bryce Noel | on behalf of Creditor NAVY FEDERAL CREDIT UNION bkecfinbox@aldridgepite.com bnoel@ecf.courtdrive.com |
| Griff O'Rear | on behalf of Creditor NAVY FEDERAL CREDIT UNION grifforear@bellsouth.net bkecfinbox@aldridgepite.com |
| John Bender | on behalf of Creditor NAVY FEDERAL CREDIT UNION johnt@mrbattorneys.com sherry@mrbattorneys.com;rachel@mrbattorneys.com |
| Michael Brock | on behalf of Joint Debtor Miranda Gail Thompson bankruptcy@brockandstout.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Michael Brock | on behalf of Debtor Derek Lee Thompson bankruptcy@brockandstout.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Paul J Spina, III | on behalf of Creditor VW Credit Inc. dba VW Credit Leasing, Ltd pspina@spinalavelle.com |
| R. Cliff Mendheim | on behalf of Creditor Park Ridge Homeowners Association cliff@pm-firm.com ldonaldson@pm-firm.com;kgwin@pm-firm.com |
| Robert J. Fehse, Jr. | on behalf of Creditor NAVY FEDERAL CREDIT UNION rfehse@evanspetree.com stanceyd@evanspetree.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 10