# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| In re:<br>DEREK LEE THOMPSON<br>MIRANDA GAIL THOMPSON<br>Debtors | Case No. 1912129 |
|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sabrina L. McKinney, chapter 13 trustee, submits the following Final Report and Account the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follow

1) The case was filed on 12/10/2019.

2) The plan was confirmed on 03/04/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/02/2024.

6) Number of months from filing to last payment: 56.00.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $47,360.00.

10) Amount of unsecured claims discharged without payment: $45,228.07.

**UST Form 101-13-FR-S (4/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $58,179.25 |
| Less amount refunded to debtor | $484.21 |
| **NET RECEIPTS:** | **$57,695.04** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,750.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $3,448.34 |
| Other | $8.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,516.34** |

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 4,439.00 | 4,467.58 | 4,467.58 | 3,948.01 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,495.00 | 2,495.62 | 2,495.62 | 2,205.38 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,577.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,244.00 | 1,244.43 | 1,244.43 | 1,099.71 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 991.00 | 991.23 | 991.23 | 875.95 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,547.00 | 1,577.44 | 1,577.44 | 1,393.99 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,512.00 | 1,512.75 | 1,512.75 | 1,336.82 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 699.00 | 669.55 | 669.55 | 591.68 | 0.00 |
| CAPITAL ONE NA | Unsecured | 590.00 | 590.23 | 590.23 | 521.59 | 0.00 |
| CHRYSLER CAPITAL | Unsecured | 1,433.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / NELNET | Unsecured | 25,649.00 | NA | NA | 0.00 | 0.00 |
| FLOWERS HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| INDIGO-CELTIC BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 5,411.00 | 5,411.54 | 5,411.54 | 4,782.19 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | 1,345.00 | 1,345.22 | 1,252.52 | 1,106.85 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 100.00 | 460.85 | 460.85 | 407.25 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 774.72 | 774.72 | 684.62 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Secured | 13,990.24 | 15,540.03 | 7,997.07 | 7,997.07 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 5,296.00 | 5,296.20 | 5,296.20 | 4,680.25 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 5,381.00 | 5,381.32 | 5,381.32 | 4,755.48 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 832.00 | 835.53 | 835.53 | 738.36 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Secured | NA | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Secured | 39,422.29 | 39,303.57 | 39,303.57 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Secured | 266,964.26 | 258,260.88 | 258,260.88 | 0.00 | 0.00 |
| PARK RIDGE HOMEOWNERS ASSOCI | Secured | 819.34 | NA | NA | 0.00 | 0.00 |
| PARK RIDGE HOMEOWNERS ASSOCI | Unsecured | NA | 802.98 | 14.70 | 12.99 | 0.00 |
| SYNCB/LOWES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | Unsecured | 389.00 | 437.81 | 437.81 | 386.89 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,725.00 | 1,725.58 | 1,725.58 | 1,524.89 | 0.00 |
| SYNCHRONY BANK | Unsecured | 437.00 | 389.86 | 389.86 | 344.52 | 0.00 |
| SYNCHRONY BANK | Unsecured | 9,124.00 | 9,124.55 | 9,124.55 | 8,063.37 | 0.00 |
| TD BANK USA TARGET CREDIT | Unsecured | 1,509.00 | NA | NA | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | 1,813.00 | 1,813.06 | 1,813.06 | 1,602.21 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 2,286.00 | NA | NA | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 2,323.00 | NA | NA | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 2,323.00 | NA | NA | 0.00 | 0.00 |
| VW CREDIT LEASING LTD | Secured | NA | NA | NA | 0.00 | 0.00 |
| VW CREDIT LEASING LTD | Secured | 1,118.63 | 1,118.63 | 1,118.63 | 1,118.63 | 0.00 |
| VW CREDIT LEASING LTD | Secured | NA | 16,082.11 | 16,082.11 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $258,260.88 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,997.07 | $7,997.07 | $0.00 |
| Debt Secured by Vehicle | $17,200.74 | $1,118.63 | $0.00 |
| All Other Secured | $39,303.57 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$322,762.26** | **$9,115.70** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$46,467.07** | **$41,063.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $7,516.34 |
| Disbursements to Creditors | $50,178.70 |
| **TOTAL DISBURSEMENTS:** | **$57,695.04** |

**UST Form 101-13-FR-S (4/1/2009)**

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be and proper.

Dated: 10/07/2024  By: /s/ Sabrina L. McKinney
Office of the Chapter 13 Trustee  Chapter 13 Standing Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**