# Sabrina L. McKinney
# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

**Receipt #: 6017514**

November 13, 2024

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3619878 for $12,242.99 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| ANNIE CLIMMIE KING<br>17-32685-CLH | ANNIE CLIMMIE KING<br>90 BOXWOOD LANE<br>UNION SPRINGS, AL, 36089 | $7.33 |
| TAMICA CHAPPELL WOODS<br>18-80109-BPC | ONE STOP CASH<br>3405 ATLANTA HWY<br>MONTGOMERY, AL, 36109 | $11.53 |
| OSCAR THOMAS THAMES III<br>18-33537-CLH | OSCAR THOMAS THAMES III<br>1000 CHAPEL LAKES LOOP APT C<br>WETUMPKA, AL, 36092 | $14.10 |
| KENNETH HOOVER<br>19-30466-CLH | AF TITLE CO<br>DBA AMERICAN FINANCIAL<br>6400 WINCHESTER RD<br>MEMPHIS, TN, 38115 | $72.11 |
| TERESSIA JEANELL MCCREE<br>19-10482-BPC | TERESSIA JEANELL MCCREE<br>1609 ALEXANDER DR<br>DOTHAN, AL, 36301 | $2.82 |
| SHALANDRA RENEE HAWKINS<br>19-31273-CLH | ONE STOP CASH<br>910 FORT DALE RD<br>GREENVILLE, AL, 36037 | $167.33 |
| BRYON KEITH BUFFTON<br>19-31750-CLH | BRYON KEITH BUFFTON<br>1071 HUNTERS MOUNTAIN PKWY<br>TROY, AL, 36079 | $6.30 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| TERRENCE DAMYLUS SMITH<br>19-31774-CLH | TERRENCE DAMYLUS SMITH<br>403 W PATTON AVE<br>MONTGOMERY, AL, 36105 | $140.00 |
| KAMELA DENISE KENNEDY<br>19-31886-CLH | HOUSEHOLD FINANCE CORP<br>C/O NATHAN & NATHAN PC<br>P O BOX 1715<br>BIRMINGHAM, AL, 35201 | $3,059.95 |
| JORDAN ROBERT JUMP<br>PEGGY JEANNE BIAS JUMP<br>19-11133-BPC | JORDAN ROBERT JUMP<br>PEGGY JEANNE BIAS JUMP<br>74 S CATHERINE DR<br>DALEVILLE, AL, 36322-2383 | $74.00 |
| NANCY N FRANKLYN<br>19-32216-CLH | NANCY N FRANKLYN<br>343 W VANDERBILT LOOP<br>MONTGOMERY, AL, 36109 | $22.71 |
| ANGELA BOWMAN WELLS<br>19-32273-CLH | DAVID KAHN & COMPANY REAL ESTATE<br>2157 TAYLOR ROAD<br>MONTGOMERY, AL, 36117 | $20.29 |
| THOMAS EARL EDMONDSON JR<br>19-32294-CLH | SNAP ADVANCES LLC<br>1182 W 2400 S<br>WEST VALLEY CITY, UT, 84119 | $3,575.77 |
| RECEDA R FLOYD<br>19-11346-BPC | ACCEPTANCE LOAN CO<br>3246 ROSS CLARK CIRCLE STE 1<br>DOTHAN, AL, 36303 | $29.40 |
| MARK ANTHONY BOUTWELL<br>19-32396-CLH | MONEYLION<br>8610 S SANDY PARKWAY STE 100<br>SANDY, UT, 84070 | $33.88 |
| DEANNA MARIE ROBINSON<br>19-81441-BPC | DEANNA MARIE ROBINSON<br>2086 COUNTY RD 30<br>ROANOKE, AL, 36274 | $4.61 |
| BETTIE JEAN SMITH<br>19-32590-CLH | BETTIE JEAN SMITH<br>374 BEAN COURT<br>PIKE ROAD, AL, 36064 | $7.86 |
| ANTHONY L MILBRY<br>19-81516-BPC | ONE STOP CASH<br>3405 ATLANTA HWY<br>MONTGOMERY, AL, 36109 | $13.17 |
| LORENZO MANORA<br>SHARON MANORA<br>19-32825-CLH | 1 STOP CASH<br>3405 ATLANTA HWY<br>MONTGOMERY, AL, 36109 | $133.88 |
| ANTHONY MARCUS AVANZATO<br>ALICIA MARIE AVANZATO<br>19-81634-BPC | ANTHONY MARCUS AVANZATO<br>ALICIA MARIE AVANZATO<br>1704 55TH ST<br>VALLEY, AL, 36854 | $250.00 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| JASON WAYNE HURST<br>AMANDA MCKEE<br>19-33066-CLH | JASON WAYNE HURST<br>AMANDA MCKEE<br>90 CO RD 406<br>CLANTON, AL,   35046 | $7.98 |
| SHARON K FAYSON<br>19-33197-CLH | SHARON K FAYSON<br>1315 CO RD 1166<br>TROY, AL,   36079 | $6.21 |
| MARY TRESEA DURDEN<br>19-33372-CLH | EMERGI CASH<br>301 S MEMORIAL DR<br>PRATTVILLE, AL,   36067 | $549.35 |
| VALARIE TURNER<br>19-81865-BPC | KHEAA<br>P O BOX 798<br>FRANKFORT, KY,   40602-0798 | $714.05 |
| DEREK LEE THOMPSON<br>MIRANDA GAIL THOMPSON<br>19-12129-BPC | DEREK LEE THOMPSON<br>MIRANDA GAIL THOMPSON<br>150 MALLARD POINTE CIRCLE<br>PELHAM, AL,   35124 | $0.29 |
| WINFRED ALEXIS CARROLL<br>19-12198-BPC | WINFRED ALEXIS CARROLL<br>2017 WOODLAND DR<br>DOTHAN, AL,   36301 | $1.35 |
| JOSEPH PARKER<br>20-80070-BPC | JOSEPH PARKER<br>830 STANTON DR<br>AUBURN, AL,   36830 | $325.00 |
| JOYCE DALE<br>20-10437-BPC | JOYCE DALE<br>101 HODGESVILLE RD APT K48<br>DOTHAN, AL,   36301 | $3.33 |
| PENELOPE ANITA ROBINSON<br>20-30923-CLH | PENELOPE ANITA ROBINSON<br>6064 LITTLE LANE<br>MONTGOMERY, AL,   36117 | $128.04 |
| WILLIE JOE MILLER JR<br>20-30954-CLH | WILLIE JOE MILLER JR<br>935 TAYLOR ST<br>MONTGOMERY, AL,   36107 | $1.85 |
| CODY DAVIS JESTER<br>LORI MOTLEY JESTER<br>20-10671-BPC | CODY DAVIS JESTER<br>LORI MOTLEY JESTER<br>8592 CO RD 636<br>CHANCELLOR, AL,   36316 | $1.85 |
| KINGAITA SHANTA RUDOLPH<br>20-32228-CLH | KINGAITA SHANTA RUDOLPH<br>8965 CROSSWIND CIRCLE APT 203<br>MONTGOMERY, AL,   36117 | $255.96 |
| CHRISHANDA YAKIMA SANKEY<br>20-32375-CLH | AUTO CASH<br>3560 ATLANTA HWY<br>MONTGOMERY, AL,   36109 | $2,078.99 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| MITCHEL MADDOX<br>21-30636-BPC | MITCHEL MADDOX<br>104 DAHLIA DR<br>ANDALUSIA, AL,  36420 | $135.44 |
| LINDA M ALEXANDER<br>21-10490-BPC | WELLS FARGO BANK NA<br>WELLS FARGO SERVICING CENTER<br>P O BOX 94423 MAC Q2132-013<br>ALBUQUERQUE, NM,  87199 | $19.02 |
| KATHERINE PAIGE RIBRON<br>21-80516-BPC | KATHERINE PAIGE RIBRON<br>5001 RIVERCHASE DR APT 811<br>PHENIX CITY, AL,  36867 | $315.00 |
| TAWANDA B. GARRETT<br>21-80614-BPC | PEGASUS RESIDENTIAL AGENT FOR ARBORS<br>AT CAHABA<br>C/O JIM M SANDEFER<br>6 OFFICE PARK CIR STE 120<br>MOUNTAIN BROOK, AL,  35223 | $50.28 |
| BABETTE LACIANA<br>BATTLE-ADAMS<br>22-32279-CLH | BABETTE LACIANA BATTLE-ADAMS<br>4097 FENWICK LP<br>MOBILE, AL,  36619 | $1.96 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH